# United States District Court Violation Notice

**CVB Location Code:** PC5A

**Violation Number:** 7600512
**Officer Name (Print):** Fountain
**Officer No.:** PC18

7600512

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 02/24/2022 3:39 pm
**Offense Charged:** ☒ USC ☐ State Code — Alabama Code 13A-7-4 / 18 USC §1152
**Place of Offense:** 303 Poarch Rd Atmore, AL Wind Creek Casino & Hotel

**Offense Description: Factual Basis for Charge:** Criminal Trespass 3rd

HAZMAT ☐

### DEFENDANT INFORMATION
**Phone:** (251) 358-6040
**Last Name:** Boyd
**First Name:** Edward
**M.I.:** A
**Street Address:** 1705 Williams Ditch Rd Cantonment, FL
**City:** Cantonment
**State:** FL
**Zip Code:** 32533
**Date of Birth:** 12/23/1967
**Drivers License No.:** B300-221-67-463-0
**D.L. State:** FL
**Social Security No.:** [redacted]

☒ Adult ☐ Juvenile | Sex: ☒ Male ☐ Female | Hair: BLN | Eyes: BLU | Height: 5'10" | Weight: 215

**VEHICLE** VIN: | CMV ☐
Tag No. | State | Year | Make/Model | PASS ☐ | Color

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ 250.00 Forfeiture Amount
+ $30 Processing Fee
**PAY THIS AMOUNT →** $ 280.00 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)
Court Address | Date (mm/dd/yyyy) | Time (hh:mm)

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: Edward Boyd

(Rev. 09/2015) Original - CVB Copy

CVB SCAN 03/21/2022 12:57

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 2/24, 2022 while exercising my duties as a law enforcement officer in the Southern District of Alabama that Edward A. Boyd (DOB 12/23/1967) was physically on Wind Creek Atmore property after having been trespassed by officer Chelsey Romer until December 6, 2022. Romer notified Boyd of his trespass on 2/8/2022.

The foregoing statement is based upon:
☒ my personal observation
☐ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

**Executed on:** 02/24/2022 [Officer's Signature]

Probable cause has been stated for the issuance of a warrant.

**Executed on:** _____ Date (mm/dd/yyyy) U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident; **PASS** = 9 or more passenger vehicle;
**CDL** = Commercial drivers license; **CMV** = Commercial vehicle involved in incident

CVB SCAN 03/21/2022 12:57